**UNITED STATES OF AMERICA**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**NEWARK**                                                                                  January 12, 2009
**Judge Chesler**
**COURT REPORTER:**     KASHMER                              Docket No: <u>08-5375</u>

# TITLE OF CASE
AIR VENT, INC.

V.

SHANDEX INDUSTRIAL, INC.

**APPEARANCE:**

Sidney R. Bresnick and Dariush Keyhani, Esq. Pltf.

Lauren Connell, Esq. And Mark A. Grace, Esq. Deft.

**NATURE OF PROCEEDINGS:**

Hearing on motion (6) temporary restraining order and preliminary injunction.

Ordered motion denied. OTBS

**12:15 p.m. to 1:30 p.m.**

                                                             **Theresa C. Trivino, Senior Courtroom Deputy**