**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| AIR VENT, INC., | : | |
| | : | Civil Action No. 08-5375 (SRC) |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| SHANDEX INDUSTRIAL, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**CHESLER**, District Judge

This matter having come before the Court on the motion for a preliminary injunction filed by Plaintiff Air Vent, Inc. ("Air Vent") [docket item no. 6]; and Defendant Shandex Industrial, Inc. having opposed this motion; and the Court having considered the papers filed by the parties; and the Court having heard oral argument on the motion on January 12, 2009; and for the reasons set forth on the record of the proceedings of January 12, 2009;

**IT IS** on this 16th day of January, 2009,

**ORDERED** that the motion for a preliminary injunction filed by Air Vent [docket item no. 6] be and hereby is **DENIED**.

　　　　　　　　　　　　　　__s/ Stanley R. Chesler__
　　　　　　　　　　　　　　STANLEY R. CHESLER
　　　　　　　　　　　　　　United States District Judge